**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

---

**DERRICK RODDY,**

                              **Plaintiff,**               09-CV-0848S(Sr)

**v.**

**LORI LAY and
STEVE SWAIN,**

                              **Defendants.**

---

### DECISION AND ORDER

Pursuant to 28 U.S.C. § 636(c), the parties have consented to the assignment of this case to the undersigned to conduct all proceedings in this case, including the entry of final judgment. Dkt. #72.

By Decision and Order entered November 26, 2013, the Court appointed Cheryl Meyers Buth, Esq., Murphy Myers LLP, 6506 East Quaker Street, Suite 200, Orchard Park, New York, 14127, *pro bono*, to faithfully and diligently represent plaintiff in this case. Accordingly, it is hereby

**ORDERED** that the Groveland Correctional Facility Superintendent permit plaintiff's counsel, Cheryl Meyers Buth, and her associate counsel, Laurie Baker, the opportunity to conduct confidential telephone and/or video conferences with plaintiff via telephone and/or videoconference, at mutually agreeable dates and times; and it is further

**ORDERED** that plaintiff shall have access to necessary legal documents during such conferences and shall participate in the conferences in a private room.

**SO ORDERED.**

DATED:   Buffalo, New York
         November 26, 2013

                                             <u>s/ H. Kenneth Schroeder, Jr.</u>
                                             **H. KENNETH SCHROEDER, JR.**
                                             **United States Magistrate Judge**